First Department. June 6, 1902.) Proceedings by the people of the state of New York against James O'Farrell. L. C. Chanler, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Proceedings by the people of the state of New York against Richard F. Price. L. L. Settel, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. SHEA, Appellant. (Supreme Court, Appellate Division, Second Department, July 1, 1902.) Proceedings by the people of the state of New York against John Shea. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SKELTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Proceedings by the people of the state of New York against John R. Skelton. No opinion. Judgment of the county court of Orange county affirmed.

PEOPLE, Respondent, v. VELSOR, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Proceedings by the people of the state of New York against Susie Velsor. No opinion. Order affirmed.

PEOPLE v. WAGNER. SAME v. SCHROETTER. SAME v. ROSS. SAME v. RONDAS. SAME v. MARTENS. SAME v. LUBITZ. SAME v. LOCUSTO. SAME v. HELLER. SAME v. COHEN. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Separate proceedings by the people of the state of New York against Nyman Wagner, Julius Schroetter, Gust Ross, John Rondas, Henry Martens, Joseph Lubitz, Joseph Locusto, Jacob Heller, and Morris Cohen. No opinion. Motions to dismiss appeals granted.

PEOPLE v. YOUNG. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Proceedings by the people of the state of New York against Duncan Young. No opinion. Motion denied.

PEOPLE ex rel. BLISS v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Proceedings by the people of the state of New York, on the relation of Frank E. Bliss, against Thomas L. Feitner and others. No opinion. Motion denied.

PEOPLE ex rel. CALIHAN, Appellant, v. HUNT, County Clerk, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Proceedings by the people of the state of New York, on the relation of Matthias J. Calihan, against Charles L. Hunt, county clerk, etc. No opinion. Order reversed, with $10 costs and disbursements, inasmuch as the order allowing costs has been reversed by this court. See 74 N. Y. Supp. 399.

PEOPLE ex rel. CENTRAL UNION GAS CO., Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Proceedings by the people of the state of New York, on the relation of the Central Union Gas Company, against James L. Wells and others. J. A. Carver, for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HEGEMAN, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Proceedings by the people of the state of New York, on the relation of Daniel J. Hegeman, against William H. Jones, as supervisor, and others. No opinion. Motion to resettle order granted, and order signed.

PEOPLE ex rel. McLOUGHLIN, Respondent, v. BOARD OF POLICE COM'RS OF CITY OF YONKERS, et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Proceedings by the people of the state of New York, on the relation of James McLoughlin, against the board of police commissioners of the city of Yonkers and Frederick H. Woodruff. No opinion. Motion to dismiss appeal granted, with $10 costs.

PEOPLE ex rel. NEWLAND, Appellant, v. LEDERLE, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Proceedings by the people of the state of New York, on the relation of Theodore H. Newland, against Ernst J. Lederle, commissioner. H. H. Walker, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. O'SULLIVAN, Appellant, v. LEDERLE, Respondent. (Supreme Court, Appellate Division, First Department. June 20,